ALBERT REITMAN, Respondent, v. MORRIS NEULANDER, Impleaded, etc., Appellant.

APPEAL from a judgment, in favor of the plaintiff, rendered in the Municipal Court of the city of New York, fourth district, borough of Manhattan.

Henry L. Franklin, for appellant.

No appearance for respondent.

*Per Curiam.* The record in this case, as in that of Reitman v. Neulander, 29 Misc. Rep. 752, shows that the defendant Neulander, who alone appeals, is a resident of the county of Kings. The Municipal Court, fourth district, borough of Manhattan, was, therefore, without jurisdiction of the person of the defendant, and the judgment must, consequently, be reversed. Tyroler v. Gummersbach, 28 Misc. Rep. 151; Semmer Glass Co. v. Nassau Show Case Co., Id. 577.

Present: FREEDMAN, P. J.; MacLEAN and LEVENTRITT, JJ.

Judgment reversed, with costs to appellant.